ANDREW R. HADEN
Acting United States Attorney
R. AARON McELHOSE
Washington Bar No. 44025
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-7573
Aaron.McElhose@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>LINO SERRANO-TORRES,<br><br>  Defendant. | Case No.: 25-MJ-8177-LR<br><br>**UNITED STATES' MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)**<br><br>The Honorable Lupe Rodriguez, Jr. |

The UNITED STATES OF AMERICA, by and through its counsel, Andrew R. Haden, Acting United States Attorney, and R. Aaron McElhose, Assistant United States Attorney, respectfully requests, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court dismiss without prejudice the Complaint (ECF No. 1) in this case. The United States seeks leave of Court to dismiss this case because the United States has determined that dismissal is warranted in the interest of justice based on recent information that has caused the Government to re-evaluate the prosecution of this matter. Accordingly, the United States seeks to dismiss the case.

DATED: March 28, 2025                    Respectfully submitted,

                                         ANDREW R. HADEN
                                         Acting United States Attorney

                                         /s/ *R. Aaron McElhose*
                                         R. AARON McELHOSE
                                         Assistant United States Attorney