# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 25-MJ-8177-LR |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE** |
| LINO SERRANO-TORRES, | |
| Defendant. | |

Upon motion by the Government, and good cause appearing, the Court **GRANTS** the Motion, and **DISMISSES** the Complaint (ECF. No. 1) without prejudice.

**IT IS SO ORDERED.**

DATED: 3/28/25

HON. LUPE RODRIGUEZ, JR.
United States Magistrate Judge